**Opinion issued February 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00744-CV

———————————

**ANAHI RAMIREZ DOMINGUEZ, Appellant**

**V.**

**GERARDO ALVARADO ZAVALA, Appellee**

---

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-18618**

---

## MEMORANDUM OPINION

Appellant, Anahi Ramirez Dominguez, has filed a notice of appeal from the trial court's August 29, 2024 final judgment. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed in this appeal on October 28, 2024, and the reporter's record was filed on November 4, 2024. Appellant's brief was due to be filed on or before December 5, 2024. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On December 16, 2024, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond to the December 16, 2024 notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.